UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio JONES, a.k.a. PJ,
Defendant–Appellant.

No. 11–13883
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 9, 2013.

Peggy Morris Ronca, Vincent A. Citro, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Roger L. Weeden, Law Office of Roger L. Weeden, Orlando, FL, Antonio Jones, FCI Talladega, Talladega, AL, for Defendant–Appellant.

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Roger L. Weeden, counsel for Antonio Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Jones's convictions and sentence are **AFFIRMED**.